IN THE UNITED STATES DISTRICT COURT DISTRICT OF NEBRASKA

| | |
|---|---|
| LEGACY COMMUNICATIONS, LLC, ) | 8:13-CV-00263-JFB-TDT |
| ) | |
| Plaintiff, ) | |
| ) | ORDER OF DISMISSAL |
| ) | WITHOUT PREJUDICE |
| vs. ) | |
| ) | |
| ARMADA MEDIA CORPORATION, ) | |
| ) | |
| Defendant. ) | |

NOW ON this 7th day of October 2013, this matter came on for consideration on the Joint Stipulation to Dismiss Without Prejudice. The Court, being fully advised in the premises, finds that the Stipulation should be sustained.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED BY THE COURT that Plaintiff's Complaint, and any amendments thereto, and any causes of action of Plaintiff against Defendant, Armada Media Corporation, be dismissed without prejudice, and with each party to pay their own Court costs.

BY THE COURT:

_____
United States District Court Judge

PREPARED AND SUBMITTED BY:

Tanya J. Hansen, #23306
LEININGER, SMITH, JOHNSON,
BAACK, PLACZEK & ALLEN
104 N. Wheeler Street
P.O. Box 790
Grand Island, NE 68802-0790
Telephone: (308) 382-1930

1071899.2